ATTORNEY GRIEVANCE COMMISSION   *   IN THE
  OF MARYLAND        COURT OF APPEALS
            *   OF MARYLAND
    Petitioner,
            *   Misc. Docket AG No. 2

v.
            *   September Term, 2018


MELINDA GALE TELL       *

    Respondent.

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Melinda Gale Tell, pursuant to Maryland Rule 19-736, to indefinitely suspend the Respondent from the practice of law. The Court having considered the Joint Petition and the record herein, it is this _28th_ day of September 2018;

ORDERED, that the Respondent, Melinda Gale Tell, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 1.1, 1.2, 1.3, 1.4, 1.5, 1.15, 1.16, 8.1(b) and 8.4(a) and (d) of the Maryland Rules of Professional Conduct, and it is further;

ORDERED, that the Clerk of this Court shall strike the name of Melinda Gale Tell from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b).


           /s/ Mary Ellen Barbera
           Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Bessie Decker, Clerk
April 20, 2018